UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Tuwana Terray Bias, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:23-cv-00318-RJC-SCR ) ) |
| Sanofi US Services Inc., and Sanofi-Aventis U.S. LLC, | ) ) ) |
| Defendants. | ) |

## NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS

Plaintiff Tuwana Bias and Defendants Sanofi US Services, Inc. and sanofi-aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: November 29, 2023

Respectfully submitted,

By: /s/ Christopher S. McRae
Christopher S. McRae (pro hac vice)
Stephen E. Nichols (pro hac vice)
Harley V. Ratliff (pro hac vice)
Adrienne L. Byard (pro hac vice)
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
cmcrae@shb.com

1

senichols@shb.com
hratliff@shb.com
abyard@shb.com

Eric Goodheart (Bar No. NC-53476)
DLA PIPER LLP (US)
4141 Parklake Avenue Suite 300
Raleigh, North Carolina 27612-2350
Telephone: (919) 786-2000
Facsimile: (919) 786-2200
eric.goodheart@us.dlapiper.com

*Counsel for Sanofi-Aventis U.S. LLC*